# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

JOSE MANUEL DISLA,

                Plaintiff,                23 **CIVIL** 4925 (VSB)

    -against-                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated January 28, 2025, the Court adopts the Report & Recommendation in its entirety. Accordingly, the case is closed.

**Dated:** New York, New York

      January 28, 2025

                              **TAMMI M. HELLWIG**
                              **Clerk of Court**

              **BY:**

                              _____
                              **Deputy Clerk**